IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-30910-H5-13 |
| DOMINGO RUIZ, SR. | § | |
| AND | § | |
| JANICE J. RUIZ | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Domingo Ruiz, Sr. and Janice J. Ruiz("Debtor(s)"), pursuant to 11 U.S.C. §1329, respectfully proposes the following modifications of Debtor's confirmed plan.

1. **HISTORY OF CASE.** This case was filed on February 16, 2015. The plan was confirmed on May 28, 2015. The plan has been modified on 03/22/2016.

2. **REASONS FOR MODIFICATION.** Modified plan provides for the Post-Petition Fees (docket #71) in the amount of $1,553.93 to US Bank NA Trustee Igloo. Modified plan provides for four Post-Petition ongoing payments for June - September 2016 in the amount of $3,748.32. Trustee to resume disbursements with October 2016 payment. Modified plan cures arrears to the Chapter 13 trustee.

3. **PLAN PAYMENTS.** [1] The current plan (as modified through this date) requires payments as follows:

    a. Months:   1-10         Payment: $2,250.00
    b. Months:   11-60       Payment: $2,450.00

4. **PAYMENTS PREVIOUSLY MADE.** As of the date this motion was filed, the Debtor(s) have made payments to the chapter 13 trustee totaling $23,240.00. Attached as Exhibit "A" is a schedule of all amounts received by the chapter 13 trustee.

5. **FUTURE PROPOSED PLAN PAYMENTS (AS MODIFIED).** [1] The proposed modified plan requires future payments as follows:

    a. Months:   1-19        Payment: $1,223.15
    b. Months:   20-60      Payment: $2,925.00

6. **CURRENT DEFAULTS.** The Debtor(s) are currently in default on payments to the chapter 13 trustee as follows:

| | |
|---|---|
| Dollar amount in default: | $13,610.00 |
| Number of months in default: | 5.55 |
| Last payment made: | 4/25/2016 |
| Amount of last payment: | $1,990.00 |

7. **PROPOSED PLAN MODIFICATIONS:**

    A. All payment defaults, if any, set forth in paragraph 6 are cured by this modification.

    B. See Exhibit "B" for Plan Summary and treatment of secured debts.

8. **INTERIM PAYMENTS.** Payments due under this modification will commence on the first due date after this modification is filed, whether or not the modification has yet been approved by the Court.

9. **BUDGET**. The Debtor's schedules "I" and "J" that the Debtor(s) request to be considered with this modification are attached as exhibit "C".

10. **ATTORNEYS' FEES.** Debtor(s)' counsel was paid $600.00 directly by the debtors as a fixed fee for this modification.

Respectfully submitted,

Vasquez Law Group, PLLC
701 N. Post Oak Road, Suite 655
Houston, Texas 77024
(713) 622-8858
(713) 987-3148 FAX

By: */s/Regina M. Vasquez*
Regina M. Vasquez/ TX Bar No. 24079268
ATTORNEY FOR DEBTOR(S)

1 Completion of paragraphs 3, 4 and 5 satisfies the requirements of BLR 3015(d)(3) for a side-by-side table.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Motion to Modify Confirmed Plan, Plan Summary and Statistical Cover Sheet to Proposed Plan, Uniform Plan and Motion for Valuation of Collateral, Payments Made to the Trustee (Exhibit A) and Modified Schedules I & J (Exhibit B) were served by regular U.S. Mail, postage prepaid and/or by electronic or facsimile transmission on the Debtor, U.S. Trustee, Chapter 13 Trustee, and all creditors as specified on the attached Service List, on or before 9/14/2016.

| | |
|---|---|
| William Heitkamp | Judy A. Robbins |
| Chapter 13 Trustee | US Trustee |
| 9821 Katy Frwy, Suite 590 | 515 Rusk, Suite 3516 |
| Houston, TX 77024 | Houston, Texas 77002 |

                                By: */s/Regina M. Vasquez*
                                Regina M. Vasquez

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 15-30910<br>Southern District of Texas<br>Houston<br>Wed Sep 14 16:56:13 CDT 2016 | Capital One Auto Finance<br>P.O. BOX 201347<br>ARLINGTON, TX 76006-1347 | Residential Credit Opportunities Trust Serie<br>Anderson Tobin PLLC<br>One Galleria Tower<br>13355 Noel Road, Suite 1900<br>Dallas, TX 75240-6674 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Ace<br>18553 Kuykendahl Road<br>Spring, TX 77379-5200 | American Infosource<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |
| BCM<br>PO Box 4800<br>Houston, TX 77210-4800 | Bureau of Revenue and Taxation Louisanna<br>Property Taxation<br>P.O. Box 130<br>Gretna, LA 70054-0130 | CMRE Financial<br>3075 East Imperial Highway #207<br>Brea, CA 92821-6753 |
| Calvary Investments<br>500 Summit Lake Drive #400<br>Valhalla, NY 10595-1340 | Capital Accounts<br>PO Box 140065<br>Nashville, TN 37214-0065 | Capital One Auto Finance<br>3905 N. Dallas Pkwy<br>Plano, TX 75093-7892 |
| Capital One Auto Finance, c/o Ascension Capi<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Cavalry Investments, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Central Financial Control<br>PO Box 66044<br>Anaheim, CA 92816-6044 |
| Convergent<br>PO Box 9004<br>Renton, WA 98057-9004 | Credit Systems International<br>1277 Country Club Drive<br>Fort Worth, TX 76112-2304 | Domingo Ruiz, Jr.<br>6631 North Ridge Trace<br>Spring, TX 77379-7577 |
| Enhanced Recovery Corp<br>PO Box 57547<br>Jacksonville, FL 32241-7547 | FCI Lending Services Inc.<br>PO Box 27370<br>Anaheim, CA 92809-0112 | First Cash Credit<br>2036 FM 1960 West<br>Houston, TX 77090-3102 |
| First Cash Financial Services<br>PO Box 910<br>Euless, TX 76039-0910 | Gallery Furniture<br>6006 North Freeway<br>Houston, TX 77076-4029 | INTERNAL REVENUE SERVICE<br>P O Box 7346<br>Philadelphia PA 19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Jefferson Parish Sheriff Office<br>1233 Westbank Expressway<br>Harvey, LA 70058-4462 | Kondaur Capital Corp<br>333 South Anita Drive #400<br>Orange, CA 92868-3314 | Kondaur Capital Corporation<br>333 South Anita Drive, Suite 400<br>Orange, CA 92868-3314 |

| | | |
|---|---|---|
| Law Office of Herschel C. Adcock, Jr.<br>13541 Tiger Bend Rd.<br>Baton Rouge, LA 70817-4520 | Marby & Marby<br>PO box 181388<br>Dallas, TX 75218-8388 | Memorial Hermann Hospital<br>PO Box 4370<br>Houston, TX 77210-4370 |
| NCO Financial<br>PO Box 15636<br>Wilmington, DE 19850-5636 | NCO Financial<br>PO Box 15740<br>Wilmington, DE 19850-5740 | National Action Financial Services<br>PO Box 9027<br>Buffalo, NY 14231-9027 |
| Northland Group<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | Primary Financial<br>5959 Corporate Drive #1400<br>Houston, TX 77036-2311 | Quantum Group<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>ACE Cash Express INC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Residential Credit Opportunities Trust Serie<br>Anderson Tobin PLLC<br>One Galleria Tower<br>13355 Noel Road, Suite 1900<br>Dallas, Texas 75240-6674 | Richard J. Boudreau & Associates<br>5 Industrial way<br>Salem, NH 03079-4866 |
| Santander<br>Attn: Bankruptcy Dept.<br>PO Box 560284<br>Dallas, TX 75356-0284 | Singleton Associates<br>PO Box 4346 Dept 808<br>Houston, TX 77210-4346 | Specialized Collections<br>PO Box 441508<br>Houston, TX 77244-1508 |
| St Lukes<br>PO Box 4483<br>Houston, TX 77210-4483 | Swindell & Associates<br>701 N. Post Oak Rd. #655<br>Houston, TX 77024-3885 | Tate & Kirlin<br>2810 Southampton Road<br>Philadelphia, PA 19154-1207 |
| Texas Loan Corporation<br>201 E Abram Street #120<br>Arlington, TX 76010-1146 | Tomball Regional Hospital<br>75 Remittance Drive #6479<br>Chicago, IL 60675-6479 | US Bank NA Trustee Igloo<br>Series II Trust<br>c/o SN Servicing Corp<br>323 5th Street<br>Eureka, CA 95501-0305 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Wells Fargo Bank<br>PO Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank<br>PO Box 30086<br>Los Angeles, CA 90030-0086 |
| Domingo Ruiz Sr.<br>6631 North Ridge Trace<br>Spring, TX 77379-7577 | Janice J. Ruiz<br>6631 North Ridge Trace<br>Spring, TX 77379-7577 | Regina Marie Vasquez<br>Vasquez Law Group, PLLC<br>701 N. Post Oak Rd.<br>Suite 655<br>Houston, TX 77024-3885 |
| William E. Heitkamp<br>Office of Chapter 13 Trustee<br>9821 Katy Freeway<br>Ste 590<br>Houston, TX 77024-1294 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
1919 Smith St.
Stop 5022 HOU
Houston, TX 77002

(d)Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Jefferson Capital
PO Box 7999
Saint Cloud, MN 56302

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)US Bank NA Trustee Igloo Series II Trust

End of Label Matrix
Mailable recipients    57
Bypassed recipients     1
Total                  58